DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA STANDARDBRED BREEDERS & OWNERS ASSOCIATION, INC.,**
Appellant,

v.

**PPI, INC.,**
Appellee.

No. 4D2025-0605

[March 5, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE 22-017224(09).

Bradford J. Beilly of Bradford J. Beilly, P.A., Fort Lauderdale, for appellant.

Leonard M. Collins of GrayRobinson, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***